**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>and<br><br>THE STATE OF OHIO,<br><br>Plaintiffs,<br><br>v.<br><br>MID-VALLEY PIPELINE CO.,<br><br>and<br><br>SUNOCO PIPELINE L.P.,<br><br>Defendants. | Civil Action No. 1:24-cv-00238-SJD<br>Honorable Judge Susan J. Dlott |

## JOINT STIPULATION TO TERMINATE CONSENT DECREE

The United States of America, on behalf of the U.S. Environmental Protection Agency, the State of Ohio, on behalf of the Ohio Environmental Protection Agency, and Defendants, Mid-Valley Pipeline Co and Sunoco Pipeline L.P., hereby submit this Joint Stipulation requesting termination of the Consent Decree entered in this action. ECF No. 7.

Termination is proper because Defendants have complied with the requirements of the Consent Decree. Pursuant to the Decree, Defendants were required to make several payments, including payment of a civil penalty and payments to the State of Ohio and the United States for natural resources damages. Consent Decree §§ V. (Civil Penalty), VI. (Natural Resources Damages Payments). On February 19, 2025, Defendants made the last of the payments due under the Consent Decree. The Consent Decree includes no injunctive relief provisions and thus

pursuant to Consent Decree § XXI (Termination), with the final payment complete, the Consent Decree may now be terminated.

The Parties respectfully request that the Court enter an Order terminating the Decree.

Respectfully submitted,

**FOR THE UNITED STATES**:

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice

*/s/ Lila C. Jones*
LILA C. JONES
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044
(202) 514-9859
Lila.jones@usdoj.gov

**FOR THE STATE OF OHIO**:

DAVE YOST
Attorney General of Ohio

*/s/ John K. McManus (with permission)*
JOHN K. MCMANUS
Assistant Attorney General
Environmental Enforcement
30 East Broad Street, 25th Floor
Columbus, Ohio 43215
Jack.McManus@OhioAGO.gov

**FOR DEFENDANT**:

MID-VALLEY PIPELINE COMPANY LLC.

*/s/ Kevin Dunleavy (with permission)*
Kevin Dunleavy
Assistant General Counsel
Evergreen Resources Group, LLC
2 Righter Parkway, Suite 120
Wilmington, DE 19803
kdunleavy@evergreenresmgt.com

**FOR DEFENDANT**:

SUNOCO PIPELINE L.P.
By: Energy Transfer Operations GP LLC, its general Partner

*/s/ Kevin Dunleavy (with permission)*
Kevin Dunleavy
Assistant General Counsel
Evergreen Resources Group, LLC
2 Righter Parkway, Suite 120
Wilmington, DE 19803
kdunleavy@evergreenresmgt.com